**Exhibit 2 of Complaint**

# WARRANTY DEED

KNOW ALL MEN BY THESE PRESENTS THAT WE, **JOANNE S. LONGE and CHARLES E. LONGE, as SUCCESSOR CO-TRUSTEES of the LONGE FAMILY TRUST, u/t/a dated July 3rd, 2012,** of Enosburgh Falls, in the County of Franklin and State of Vermont, Grantors, in consideration of TEN AND MORE DOLLARS ($10.00) paid to our full satisfaction by **SEAN G. STEBBINS and SARAH A. STEBBINS,** of Sheldon, in the County of Franklin, and State of Vermont, Grantees, by these presents do freely, GIVE, GRANT, CONVEY and CONFIRM unto the said Grantees, **SEAN G. STEBBINS and SARAH A. STEBBINS, as husband and wife, tenants by the entirety,** and their heirs and assigns forever, a certain piece of land in the Town of Sheldon, County of Franklin, and State of Vermont, described as follows:

Being all and the same lands and premises conveyed to the Longe Family Trust, u/t/a dated July 3, 2012, by Deed into Trust of Richard F. Longe and Shirley J. Longe dated July 3, 2012, and recorded in Book 113, Pages 245-47 of the Sheldon Land Records, excepting, however, Lots 1, 2 and 3 as depicted on the Plan Prepared for The Longe Family Trust prepared by H.W. Chaffee Surveying dated December 7, 2021 and recorded as Map P-9 of the Map Records of the Town of Sheldon.

Being the farm formerly known as the Harrison W. Towle farm, later as the Charles H. and Lucy T. Dunton farm, and now as the Longe Family Farm now containing 209.94 acres, more or less, together with the buildings thereon, lying on both sides of the highway leading from the City of St. Albans to the Village of Enosburg Falls, Vermont Route 105, and bounded now or formerly substantially as follows: on the north by land and premises of Gregory M. Stebbins and Celeste Kane-Stebbins; on the east by land of Maurice Messier and a side road leading from the above mentioned highway to the Towle Neighborhood, so-called, which side road is known as the North Road and/or Colton Road, and by land of Ulys Parent; on the south by the Missisquoi River; and on the west by land and premises of said Gregory M. Stebbins and Celeste Kane-Stebbins.

The portion of said farm located on the south side of Route 105 is divided by the former Central Vermont Railroad property and now called the Rail Trail and is subject to a right of way in favor of the New England Tel. and Tel. Co.

The portion of said farm located on the north side of Route 105 is subject to a right-of-

way in favor of the New England Tel. and Tel. Company.

This conveyance shall be subject to the right of ~~Denis~~ *Dennis* Longe to occupy the "Longe side" of the residence on the above-described property for the remainder of his lifetime, or until such time as he ceases to occupy the home as a residence. This right is not transferrable and shall terminate upon ~~Denis~~ *DENNIS* Longe's cessation of occupancy.

Reference is hereby made to the above-mentioned deeds, the records thereof, and the references therein contained, all in further aid of this description.

TO HAVE AND TO HOLD said granted premises with all privileges and appurtenances thereof, to the said Grantees, **SEAN G. STEBBINS and SARAH A. STEBBINS, as husband and wife, tenants by the entirety,** and their heirs and assigns forever, to their own use and behoof forever; and We, the said Grantors, **JOANNE S. LONGE and CHARLES E. LONGE, as SUCCESSOR CO-TRUSTEES of the LONGE FAMILY TRUST, u/t/a dated July 3rd, 2012,** for ourselves and our successors and assigns do covenant with the said Grantees, **SEAN G. STEBBINS and SARAH A. STEBBINS,** and their heirs and assigns, that until the ensealing of these presents we are the sole owners of the premises and have good right and title to convey the same in manner aforesaid, that they are free from every encumbrance, except for existing easements, restrictions, and rights of way of record and as aforesaid; provided that this paragraph shall not reinstate any such encumbrances previously extinguished by the Marketable Record Title Act, Subchapter 7, Title 27, V.S.A.; and we hereby engage to warrant and defend the same against all lawful claims whatever, except as aforesaid.

IN WITNESS WHEREOF, We hereunto set our hands and seals this 20th day of April, 2022.

By: *Joanne Longe*
JOANNE S. LONGE as Successor Co-Trustee of
the Longe Family Trust u/t/a Dated 07/03/12

By: *Charles Longe*
CHARLES E. LONGE as Successor Co-Trustee of
the Longe Family Trust u/t/a Dated 07/03/12

STATE OF VERMONT
FRANKLIN COUNTY, SS.

    At St. Albans, this 20th day of April 2022, personally appeared JOANNE S. LONGE and CHARLES E. LONGE and they acknowledged this instrument, by them sealed and subscribed to be their free acts and deeds, and the free act and deed of the Longe Family Trust, u/t/a dated July 3, 2012.

                                        Before me, _____
                                                                      Notary Public

                                                                      Jesse D. Bugbee, Esq.
                                                              Notary Public, State of Vermont
                                                         My Commission Number: 157.0006165
                                                         My Commission Expires: 1/31/2023