12/132

Exhibit 3
of Complaint

[illegible] } Report of Committee on the
Copy of Committee report } foregoing Warrant
of Division of real Estate }

Pursuant to a warrant to us directed by the Honorable Probate Court of the District of Franklin we the subscribers, having been first sworn agreeably to the directions of said Warrant, notified all persons interested in the division of the real Estate of said Arnold Burt deceased as follows to wit – Polly Burt – Arnold Burt Jr – Seth Burt – Soloman Burt – Hoyt Burt and Franklin Burt –

We then appraised, on our said oaths, all the real Estate whereof the said deceased died seized within this state as described in said Warrant – Each piece or parcel by itself at the present true value thereof in money, the whole amount being nine thousand five hundred seventy eight dollars and twenty four cents, the one fifth of which sum, being nineteen hundred and fifteen and sixty six cents, is the share of Each of the heirs respectively after setting out the Homestead and dower –

Whereupon we set out and divided the real estate to and among Arnold Burt, Seth Burt – Soloman Burt – Hoyt Burt and Franklin Burt the heirs to the said deceased designated in the said warrant as follows, that is to say to Arnold Burt Beginning at a stake and stones standing on the Northeast corner of the Butler lot & running Southerly $69\frac{50}{100}$ chains to a stake and stones standing on the North Bank of the Missisquoi River – Thence up the north Bank of the river $6\frac{63}{100}$ chains to a stake; Thence onwardly up the river $2\frac{45}{100}$ chains to a stake and stones set on the North bank of the river – Thence northerly on a line about parallel with the west line of the Butler lot 66 chains to a stake and stones – Thence westerly $8\frac{[illegible]}{100}$ chains to the place of beginning containing 55 acres be the same more or less –

To Seth Burt beginning at a stake and stones at the North Easterly corner of land set to Arnold Burt running thence Easterly $4\frac{90}{100}$ chains the Northeasterly corner of the Butler lot – Thence South on the East line of the Butler Lot 31 chains to a stake set in a Rock as the southwest [illegible] corner of land formally owned by Mrs Wilder; thence Easterly on the south line of said Wilders lot $17\frac{65}{100}$ chains to a stake and stones – Thence Southerly $23\frac{[illegible]}{100}$ chains a course that would strike a stake and stones set 1 chain westerly from a certain Elm tree standing on the North bank of the River and known as the South Easterly corner of the Joseph Burt farm – Thence down the North Bank of the River to the south Easterly corner of land set to Arnall Burt Thence northerly on said Arnall Burts East line to the place of beginning Containing 73 acres be the same more or less –

To Soloman Burt – beginning at the Southeasterly corner of land set to Seth Burt at a stake and stones set one chain

69 chains x 66' =
4554 + 33' =
= 4587'
4587
437.58' ✓
16.6
4356'

westerly from a certain large Elm Tree — Thence Easterly on the north Bank of the River 8 45/100 chains to a Stake — Thence up the River 3 20/100 chains to a Stake & Stones Thence Northerly passing just west of the Buildings on the Arnold Burt Estate 44 chains to a Stake and Stones known as the South east corner of the Cooper Lot — Thence westerly on the South line of said Cooper lot and north line of land known as the Dewing lot — 10 60/100 chains to a Stake and Stones — Thence Southerly on the East line of land formally owned by Mrs Wilder 20 22/100 " to a Stake and Stones Thence westerly 2 60/100 chains to a Stake and Stones Thence Southerly 28 75/100 chains a right line to the place of beginning containing 45 acres be the same more or less —

To Frank Burt beginning in the Southerly line of the highway leading from the Village of West Enosburgh past the dwelling House of D. D. Boyce — Thence Southerly and Easterly on the line of said Highway 11 58/100 chains to the East line of the lot — Thence Southerly on the said East line 22 50/100 chains to a Stake & Stones; Thence westerly on the South line of the lot 24 20/100 chains to a Stake and Stones on the top of the Hill; Thence Westerly 28 chains to a Stake. Thence Easterly 28 36/100 chains to the place of Beginning Containing 82 50/100 acres, be the same more or less —

And beginning at the South westerly corner of the C. B. Maynard farm in the center of the Highway and running thence Easterly and following the center of the said Highway passing along the Southern boundry of said farm 26 24/100 chains to the lot line; Thence East on said lot line 13 65/100 chains to a Stake and Stones — Thence westerly on the east line of said farm 28 25/100 chains to a Stake and Stones; Thence westerly 9 20/100 chains to a maple Stump; Thence Northwesterly following the Southerly bank of the Branch 22 chains to the east end of a Board fence; Thence westerly 10 10/100 chains to a stake; And thence Southerly 5 24/100 chains; Thence westerly 2 chains, Thence Southerly 2 70/100 chains to the School House lot — Thence passing Easterly around the School house lot and also another lot known as the Mansfield Lot so as to not to include in this discription the above mentioned two lots, to the Highway; Thence to the place of Beginning Containing 123 45/100 acres more or less —

We set the whole of the farm on which Frank Burt lives to him one half of which belonged Arnold Burts Estate which amounted to more than his interest in the real Estate of said Estate And by the agreement of all the heirs it was to be so set to him by his paying the widow $60. per year during her life and by his Quit Claiming all his right in the reversion of the widows Dower —

To Hoyt Burt Beginning at the South Easterly corner of Arnold Burts Estate upon the North Bank of Missisquoi River And running thence North 10½ degrees East 16 56/100 chains to a corner at the west end of a Stump Fence — Thence South 73 3/100 degrees East 12 20/100 chains to a Stake and Stones — Thence North

20 20/100 to a Stake and Stones — Thence westerly at a right angle 1 25/100 chains to a Stake and Stones — Thence Northerly at a right angle 6 60/100 chains to a Stake and Stones — Thence westerly 11 33/100 chains to a Stake & Stones Standing on the Town line between Sheldon and Enosburgh — Thence Northerly on said Town line 23 chains to the South East corner of land known as the Torry Lot Thence on the course on Town line 9 chains to a Stake and Stones set in the North Easterly corner of said Torry Lot — and on the Town line between Sheldon and Enosburgh — And Thence westerly on said Town line 6 50/100 chains to a certain Hemlock Stump — Thence Southerly on a line parallel with the Town line between Sheldon and Enosburgh 12 50/100 chains to a Stake and Stones set at the foot of the ledge — Thence Southerly at a right to the South west corner of E. M. Kendalls land on the Town line — Thence Southerly a right line 41 25/100 chains to a Stake and Stones set on the North Bank of the River Thence up and along the bank of the River 16 42/100 chains to the place of beginning containing 66 1/4 acres more or less —

To have and to hold to the said Arnold Burt — Seth Burt Solomon Burt Frank Burt and Hoyt Burt their respective heirs executors, administrators and assigns, each the respective parcels of said real Estate so divided and set out to them as aforesaid, in severalty, to their sole use, benefit and behoof forever —

Given under our hands at Sheldon this ninth day of August AD 1879

W. H. McAllister }
John Webster } Committee
Calvin Hammond }

Acceptance and Approval of Doings of Committee

And now on this 12th day of August AD 1879 in open Court, being the Probate Court for the District of Franklin the Hon Myron W Bailey Judge, being present —

Whereas heretofore to wit on the 31st day of March AD 1879 upon the application of Hoyt Burt one of the heirs of Arnold Burt late of Sheldon in said district deceased intestate, this Court did appoint W. H. McAllister of Enosburgh and John Webster and Calvin Hammond of Franklin three judicious and disinterested persons, being Freeholders, and residing in Enosburgh & Franklin in said District a Committee to divide and make partition of the real Estate of which the said Arnold Burt died seized and possessed in this State; And whereas, a warrant did on the 31st day of March AD 1879 issue from this Court, directed to the aforesaid Committee therein detailing their instructions and duty; And now on this 12th day of August AD 1879 the aforesaid Committee have returned the said Warrant together with their report in writing to this Court —

The Court have received and examined said report and find that the said Committee have discharged the trust reposed in them agreeably to their appointment and the instructions given them in said warrant. The Court hereby issue a further order confirming the doings of the said Committee as set forth in their said report, and that the said several heirs shall hereafter hold and enjoy their several proportions in severalty, as divided by said Committee and to their heirs and assigns. The Court further orders that the aforesaid Warrant issued to said Committee, thus returned to this Court, the certificate of the oath administered to them, and their report be duly recorded

A True record Attest Myron W. Bailey Judge

State of Vermont }
District of Franklin } I Myron W Bailey Judge of the Probate Court within and for the District and State aforesaid hereby Certify the foregoing to be a true copy of the report of Committee appointed by this Court to divide the real estate of Arnold Burt late of Sheldon in said District deceased, among and between the heirs of the said deceased, as returned to and accepted by said Probate Court on the 12th day of August AD 1879; also a certified copy of the records of said Probate Court accepting and approving of the doings and reports of said Committee of division as aforesaid, All of which appears from the records and files of said Probate Court –

Given under my hand and the seal of said Probate Court at the Probate Office in St Albans in said District on the 15th day of August AD 1879

L.S.

Myron W Bailey Judge of Probate

The above and foregoing is a true record of a copy of a report of the Committee to divide the real Estate of the Late Arnold Burt as received in Sheldon Town Clerks office September 12th 1879 at at six O'clock P.M.

Attest A. M. Brown Town Clerk